# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# HOT SPRINGS DIVISION

**DONNIE NEAL and KIM NEAL,**
Husband and Wife                                      **PLAINTIFFS**

       v.      CASE NO. CIV 04-6110

**PIERCE MANUFACTURING, INC.;**
**OSHKOSH TRUCK CORPORATION;**
**JOHN DOE #1; and JOHN DOE #2**                      **DEFENDANTS**

## ORDER GRANTING DISMISSAL WITH PREJUDICE

**BE IT REMEMBERED** that on this day came on to be heard the Joint Motion to Dismiss with Prejudice filed on behalf of the Plaintiffs, Donnie Neal and Kim Neal, husband and wife, and the Defendants, Pierce Manufacturing, Inc. and Oshkosh Truck Corporation, and the Court after considering same as well as the facts, law, pleadings and evidence is of the opinion that said Motion is well founded and should, in all respects, be granted.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the claims and causes of action asserted by and/or on behalf of the Plaintiffs, Donnie Neal and Kim Neal, husband and wife, against the Defendants, Pierce Manufacturing, Inc. and Oshkosh Truck Corporation, are herein dismissed with prejudice, each party to bear and/or pay their own respective costs.

SIGNED on this the 29th day of September 2005.

                                /s/ Robert T. Dawson
                              HONORABLE ROBERT T. DAWSON
                              UNITED STATES DISTRICT JUDGE